IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-92-417-CR





THE STATE OF TEXAS,


 APPELLANT



vs.





JAMES BRUCE SIMS,



 APPELLEE


 



FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY



NO. 30279-1, HONORABLE TIMOTHY G. MARESH, JUDGE PRESIDING



 





PER CURIAM


 The State appeals an order granting a motion for new trial.

 The State has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. Ann.
59(b) (Pamph. 1992).



[Before Chief Justice Carroll, Justices Jones and Kidd]

Dismissed on Appellant's Motion

Filed: November 18. 1992

[Do Not Publish]